IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CG3 MEDIA, LLC and COREY GRIFFIN,<br><br>　　　　Plaintiffs / Counter-Defendants,<br><br>　　　　-v-<br><br>BELLEAU TECHNOLOGIES, LLC,<br><br>　　　　Defendant / Counter-Plaintiff. | Civil Action No. 1:21-cv-04607-MKV<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

　　　　Pursuant to Rule 1.3 of the Local Rules of the United States for the Southern and Eastern Districts of New York, I, Bryon Wasserman hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Belleau Technologies, LLC in the above-captioned matter.

　　　　I am in good standing of the bars of the states of Pennsylvania and California and the bar of Washington DC.

　　　　I have never been convicted of a felony.

　　　　There are no pending disciplinary proceedings against me in any state or federal court.

　　　　I have never been censured, suspended, disbarred or denied admission or readmission by any court. While I do not understand this issue to fall within the scope of censure or suspension, in approximately the 2009/2010 time frame, I was designated ineligible to appear *pro hac vice* in New Jersey to due to nonpayment of an annual fee owed by attorneys appearing *pro hac vice* in New Jersey. I was able to subsequently resolve the issue by notifying the relevant entity that I had not appeared *pro hac vice* in New Jersey during the fee period at issue.  I am including with this filing a letter summarizing my recollection of these events in greater detail and other supporting materials.

Submitted concurrently with this motion are certificates of good standing and the affidavit required by Local Civil Rule 1.3.

Dated: August 12, 2021

Respectfully Submitted,

Bryon Wasserman
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
646-502-5950
bryon@radip.com

*Attorney for Defendant/Counter-Plaintiff Belleau Technologies LLC*