# EXHIBIT 2

**Subject:** CG3 Media et al v. Belleau
**Date:** Monday, September 20, 2021 at 5:22:31 PM Eastern Daylight Time
**From:** Bryon Wasserman
**To:** dkeyhani@keyhanillc.com, aengel@keyhanillc.com
**CC:** Etai Lahav

Dear Darius

Pursuant to the Protective Order Belleau seeks to inspect the source code for the SpeakFlow product on October 4 (or earlier if you are willing to waive any part of the 14 day period). Further, please let us know whether you are willing to make it available at a mutually acceptable location within New York City pursuant to Section 14(a) of the protective order.

Regards
Bryon

# Bryon Wasserman
Radulescu LLP | Of Counsel
646-502-5935 Direct
202-281-0664 Cell
646-502-5950 Main
Admitted in Pennsylvania,
California and the
District of Columbia
Not admitted in New York