# EXHIBIT 5

**Subject:** Re: CG3 Media et al v. Belleau: Meet and Confer
**Date:** Wednesday, November 10, 2021 at 9:01:51 PM Eastern Standard Time
**From:** Bryon Wasserman
**To:** fstephenson@keyhanillc.com
**CC:** dkeyhani@keyhanillc.com, aengel@keyhanillc.com, Etai Lahav, Paralegals

Frances, we are available to meet and confer at Friday at 1pm.

However, please be advised that if CG3 will not commit to a date certain next week by which it will provide the complete source code for Speakflow in native form, as set forth in our previous correspondence, either for inspection or production, we will seek relief from the Court.

Similarly, if CG3 will not commit to a date certain in the short term in which it will address its considerable outstanding document production deficiencies, we will seek relief from the Court.

Regards
Bryon


Bryon Wasserman
Radulescu LLP | Of Counsel
646-502-5935 Direct
202-281-0664 Cell
646-502-5950 Main


On 11/9/21, 8:39 AM, "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com> wrote:

   Hi Bryon,

   We are tied up for the next few days and can do a meet and confer on Friday at 1pm.

   Kind regards,

   Frances

   -----Original Message-----
   From: "Bryon Wasserman" <bryon@radip.com>
   Sent: Friday, November 5, 2021 5:29pm
   To: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
   Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, "Etai Lahav" <etai@radip.com>, "Paralegals" <paras@radip.com>
   Subject: CG3 Media et al v. Belleau: Meet and Confer

   Frances, Darius

   CG3 has not supplemented its numerous outstanding discovery deficiencies as requested in our October 22, 2021 letter. Nor has it addressed its deficient production of source code. These issues have been outstanding for over a month and are ripe for resolution by the Court. Please let us know when you are available to meet and confer before Wednesday November 10. Otherwise we will take these issues directly to the Court.

   Regards

Bryon

Bryon Wasserman
Radulescu LLP | Of Counsel
646-502-5935 Direct
202-281-0664 Cell
646-502-5950 Main