IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CG3 MEDIA, LLC and COREY GRIFFIN,<br><br>    Plaintiffs / Counter-Defendants,<br><br>-v-<br><br>BELLEAU TECHNOLOGIES, LLC,<br><br>    Defendant / Counter-Plaintiff. | Civil Action No. 1:21-cv-04607-MKV |

## JOINT CLAIM TERMS CHART

Pursuant to the Court's Scheduling Order (Dkt. 15) and Local Patent Rule 11, the parties jointly submit the attached Joint Claim Terms Chart for U.S. Patent No. 9,953,646 in the above-captioned matter.


By: */s/ Dariush Keyhani*
Dariush Keyhani
**KEYHANI LLC**
1050 30th Street NW
Washington, DC 20007
Telephone: (202) 748-8950
Fax: (202) 318-8958
dkeyhani@keyhanillc.com

***Attorneys for Plaintiff/Counter-Defendant CG3 Media, LLC and Corey Griffin***

By: */s/ Etai Lahv*
Etai Lahav
Bryon Wasserman (*pro hac vice*)
**RADULESCU LLP**
5 Penn Plaza, 19th Floor
New York, NY 10001
Tel. 646-502-5950
Fax. 646-502-5959
etai@radip.com
bryon@radip.com

***Attorneys for Defendant/Counter-Plaintiff Belleau Technologies LLC***

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 21, 2022, I served the foregoing Joint Claim Terms Chart on counsel of record via ECF and pursuant to Federal and local rules.

*/s/ Etai Lahav*  
Etai Lahav

# Exhibit A

## I.  Agreed Upon Terms

| Term # | Terms | Exemplary Claim Number(s) | Agreed Proposed Construction |
|---|---|---|---|
| 1 | "plurality of hypothesis words" / "said hypothesis words" / "said plurality of hypothesis words" | 6 | "two or more hypothesis words" |

## II.  Disputed Terms

| Term # | Terms | Exemplary Claim Number(s) | Belleau's Proposed Construction[1] | CG3's Proposed Construction |
|---|---|---|---|---|
| 2 | "a processor" | 1 | One or more computing devices, used either alone or in combination, where the computing devices include, without limitation, processors, microprocessors, general purpose processors, conventional processors, digital signal processors, controllers, microcontrollers, or state machines. | Plain and ordinary meaning |

---

[1] The claims asserted by Belleau and the products against which they are asserted are identified on page 1 of Belleau's October 8, 2021 Disclosure of Asserted Claims and Infringement Contentions.

| Term # | Terms | Exemplary Claim Number(s) | Belleau's Proposed Construction[1] | CG3's Proposed Construction |
|---|---|---|---|---|
| 3 | "a memory device of a computer" | 1 | One or more memory devices that are accessible to one or more computers | Plain and ordinary meaning |
| 4 | "text file" | 1 | Plain and ordinary meaning | "a collection of data that is treated as a unit by a file system" |
| 5 | "hypothesis words" | 1 | Plain and ordinary meaning[2] | Indefinite |
| 6 | "altering, via said processor, said predetermined number of artifact words utilized for comparing to said predetermined number of hypothesis words" | 1 | Plain and ordinary meaning | Indefinite |
| 7 | "storing, via a processor…retrieving, via said processor… generating, via said processor…compa | 1 | Plain and ordinary meaning | One or more processors, at least one of which must implement the "storing"; "retrieving"; "generating"; "comparing"; "altering"; "determining"; "determining"; and "altering" functions. |

---

[2] As CG3 has not yet articulated its specific reasoning for why it alleges "hypothesis words" and "altering, via said processor…" are indefinite, Belleau reserves the right to offer a construction that addresses CG3's specific indefiniteness arguments once those arguments are disclosed.

2

| Term # | Terms | Exemplary Claim Number(s) | Belleau's Proposed Construction[1] | CG3's Proposed Construction |
|---|---|---|---|---|
| | ring, via said processor…altering, via said processor…determining, via said processor…determining, via said processor…altering, via said processor." | | | |
| 8 | "storing…in a memory device of a computer…displaying…on the display screen of said computer" | 1 | Plain and ordinary meaning | Wherein the "storing…said text artifact"; "displaying said text artifact"; and "displaying…said match location" must all occur on the same computer. |