USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CG3 MEDIA, LLC, and COREY GRIFFIN,

Plaintiffs,

-against-

BELLEAU TECHNOLOGIES, LLC,

Defendant.

1:21-cv-04607-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of Defendant's Motion for a Preliminary Injunction. [ECF No. 34.]

In accordance with Local Civil Rule 6.1(b), Plaintiffs' opposition is due on or before November 29, 2022. Defendant's reply is due on or before December 6, 2022.

**SO ORDERED**

**Dated:** New York, New York
November 15, 2022

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1