IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CG3 MEDIA, LLC and COREY GRIFFIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>BELLEAU TECHNOLOGIES, LLC,<br><br>    Defendant. | Civil Action No. 1:21-cv-04607-MKV |

## DECLARATION OF FRANCES H. STEPHENSON

I, Frances H. Stephenson, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      I am over twenty-one years of age and have personal knowledge of the following facts or access to information and/or records allowing me to confirm these facts.

2.      I am a member of the law firm Keyhani LLC and represent Plaintiffs CG3 Media, LLC and Corey Griffin.

3.      I submit this declaration in support of Plaintiffs' Response to Belleau's Motion for a Preliminary Injunction.

4.      Attached hereto as Plaintiffs' Exhibit A is a true and correct copy of excerpts of the deposition transcript of Jeremy Sadkin, taken on June 21, 2022.

5.      Attached hereto as Plaintiffs' Exhibit B is a true and correct copy of excerpts of the deposition transcript of Corey Griffin, taken on August 4, 2022.

6. Attached hereto as Plaintiffs' Exhibit C is a true and correct copy of an email chain between Plaintiffs' counsel and Defendant's counsel from September 20, 2021, to October 14, 2021.

7. Attached hereto as Plaintiffs' Exhibit D is a true and correct copy of an email chain between Plaintiffs' counsel and Defendant's counsel from February 12, 2022, to March 4, 2022.

8. Attached hereto as Plaintiffs' Exhibit E is a true and correct copy of an email from Plaintiff's counsel to Belleau's counsel dated February 28, 2022.

9. Attached hereto as Plaintiffs' Exhibit F is an invalidity claim chart containing true and correct excerpts from U.S. Patent Nos. 6,212,498 and 7,266,500.

10. Attached hereto as Plaintiffs' Exhibit G is a true and correct copy of U.S. Patent No. 6,212,498.

11. Attached hereto as Plaintiffs' Exhibit H is a true and correct copy of U.S. Patent No. 7,266,500.

12. Attached hereto as Plaintiffs' Exhibit I is a true and correct copy of CG3 Media financial information.

Executed on: December 6, 2022        /s/ Frances H. Stephenson