<u>**ENTIRE DOCUMENT UNDER SEAL**</u>
# PLAINTIFFS' EXHIBIT A