# PLAINTIFFS' EXHIBIT C

**FW: Re: CG3 Media et al v. Belleau**
From: dkeyhani@keyhanillc.com <dkeyhani@keyhanillc.com>
Sent: Sat, Dec 3, 2022 at 2:41 pm
To: Scott Draffin

See email chain below regarding original production of the source code in PDF format and defendant's accepting it.

Darius
-----Original Message-----
From: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
Sent: Thursday, October 14, 2021 8:40pm
To: "Bryon Wasserman" <bryon@radip.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, "Etai Lahav" <etai@radip.com>
Subject: Re: CG3 Media et al v. Belleau

Dear Bryon,

The source code was sent out via UPS today. Tracking Number - 1ZE037F94206862840.

We are in the process of getting responsive documents to Defendant's first request for documents Bates numbered and they will be produced next week.

Kind regards,

Frances

-----Original Message-----
From: "Bryon Wasserman" <bryon@radip.com>

Sent: Monday, October 11, 2021 5:55pm
To: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, "Etai Lahav" <etai@radip.com>
Subject: Re: CG3 Media et al v. Belleau

Frances

We are now at one week past the deadline for inspection. Please confirm when CG3 will be producing its source code this week.

While we are willing to accept the source code in PDF format, in doing so Belleau does not waive the right to seek inspection of the code in its native format.

Regards
Bryon

Bryon Wasserman
Radulescu LLP | Of Counsel
646-502-5935 Direct
202-281-0664 Cell
646-502-5950 Main


On 10/8/21, 3:48 PM, "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com> wrote:

Hi Bryon,

Potentially source code in pdf format, but we can confirm next

week.

Best wishes,

Frances

-----Original Message-----
From: "Bryon Wasserman" <bryon@radip.com>
Sent: Thursday, October 7, 2021 7:00pm
To: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, "Etai Lahav" <etai@radip.com>
Subject: Re: CG3 Media et al v. Belleau

Hello Frances

I believe this approach should generally work for us, depending on the particulars. Can you clarify what specifically you intend to provide and in which format?

Thank you
Bryon


Bryon Wasserman
Radulescu LLP | Of Counsel
646-502-5935 Direct
202-281-0664 Cell
646-502-5950 Main

On 10/7/21, 2:25 PM, "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com> wrote:

Dear Bryon,

We have conferred with our client and for the purpose of efficiency and to save cost and time, we are considering transmitting the source code via express mail with signature required to your office directly. We will need until next week to confirm this. We assume that you are OK with this.

If for some reason this is not acceptable we can meet and confer with you tomorrow.

Best wishes,

Frances

-----Original Message-----
From: "Bryon Wasserman" <bryon@radip.com>
Sent: Thursday, October 7, 2021 12:14pm
To: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>, "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, "Etai Lahav" <etai@radip.com>
Subject: Re: CG3 Media et al v. Belleau

Dear Darius

We have received no response to our request for a meet and confer. If CG3 will not agree to meet and confer by close of business

tomorrow we will file the attached letter with the court seeking a discovery conference.

Regards
Bryon

Bryon Wasserman
Radulescu LLP | Of Counsel
646-502-5935 Direct
202-281-0664 Cell
646-502-5950 Main


From: Bryon Wasserman <bryon@radip.com>
Date: Thursday, September 30, 2021 at 6:13 PM
To: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
Cc: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, Etai Lahav <etai@radip.com>
Subject: Re: CG3 Media et al v. Belleau

Frances, Darius

The protective order requires that the source code be made available in either "(1) the office of the Producing Party's primary outside counsel of record in this action or (2) a location mutually agreed upon by the Receiving and Producing Parties." While we would prefer to reach agreement on a location in New York city, Mr. Keyhani's office is the Washington DC office listed on his letterhead and in his signature block. It is not anywhere his firm leases storage space.

Nor does the protective order grant CG3 discretion to pick and choose the days when it will allow the source code to be inspected: "The Source Code Computer will be made available for inspection until the close of fact discovery in this action between the hours of 10 a.m. and 6 p.m. local time on business days (i.e., weekdays that are not federal holidays), upon reasonable written notice to the Producing Party, which shall not be less than five (5) business days in advance of the requested inspection. Prior to the first inspection of any requested Source Code, the Receiving Party shall provide fourteen (14) days' notice of the Source Code that it wishes to inspect."

Please confirm that the source code computer will be made available in your Washington DC office on October 4th or let us know a time tomorrow in which you are available to meet and confer.

Regards
Bryon



Bryon Wasserman

Radulescu LLP | Of Counsel

646-502-5935 Direct

202-281-0664 Cell

646-502-5950 Main

Admitted in Pennsylvania,

California and the

District of Columbia

Not admitted in New York

On 9/29/21, 4:37 PM, "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com> wrote:

Hi Bryon,

We have conferred with our client and can make the source code available October 19th or October 21th at our administrative office where we maintain our client files in East Aurora NY.

Kind regards,

Frances

-----Original Message-----

From: "Bryon Wasserman" <bryon@radip.com>

Sent: Monday, September 27, 2021 2:35pm

To: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>, "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>

Cc: "Etai Lahav" <etai@radip.com>

Subject: Re: CG3 Media et al v. Belleau


Dear Darius, Frances


I am writing to follow up about the status of the request below. Please confirm that CG3 will be making its source code available and advise if it will do so in New York.


Best Regards

Bryon

From: Bryon Wasserman <bryon@radip.com>

Date: Monday, September 20, 2021 at 5:22 PM

To: "dkeyhani@keyhanillc.com" <dkeyhani@keyhanillc.com>, "aengel@keyhanillc.com" <aengel@keyhanillc.com>

Cc: Etai Lahav <etai@radip.com>

Subject: CG3 Media et al v. Belleau


Dear Darius


Pursuant to the Protective Order Belleau seeks to inspect the source code for the SpeakFlow product on October 4 (or earlier if you are willing to waive any part of the 14 day period). Further, please let us know whether you are willing to make it available at a mutually acceptable location within New York City pursuant to Section 14(a) of the protective order.


Regards

Bryon

Bryon Wasserman

Radulescu LLP | Of Counsel

646-502-5935 Direct

202-281-0664 Cell

646-502-5950 Main

Admitted in Pennsylvania,

California and the

District of Columbia

Not admitted in New York