# PLAINTIFFS' EXHIBIT E

12/6/22, 4:57 PM
Case 1:21-cv-04607-MKV Document 47-5 Filed 12/06/22 Page 2 of 2
FW: RE: CG3 Media et al v. Belleau, Case No. 1:21-cv-04607-MKV - SERVICE Email

# FW: RE: CG3 Media et al v. Belleau, Case No. 1:21-cv-04607-MKV - SERVICE Email

From: fstephenson@keyhanillc.com <fstephenson@keyhanillc.com>
Sent: Tue, Dec 6, 2022 at 4:53 pm
To: Scott Draffin
Cc: Darius Keyhani

-----Original Message-----
From: "fstephenson@keyhanillc.com" <fstephenson@keyhanillc.com>
Sent: Monday, February 28, 2022 5:25pm
To: jessica@rapid.com, "Etai Lahav" <etai@radip.com>, "Bryon Wasserman" <bryon@radip.com>
Cc: "'dkeyhani@keyhanillc.com'" <dkeyhani@keyhanillc.com>, "'aengel@keyhanillc.com'" <aengel@keyhanillc.com>
Subject: RE: CG3 Media et al v. Belleau, Case No. 1:21-cv-04607-MKV - SERVICE Email

Counsel:

Please find below a link to a source code production:

[ https://www.dropbox.com/sh/g7lvnr0hba76pmq/AACtMHoCsBcg2RRWPy0h5S92a?dl=0 ]( https://www.dropbox.com/sh/g7lvnr0hba76pmq/AACtMHoCsBcg2RRWPy0h5S92a?dl=0 )

Also, you will be receiving a Hightail link shortly containing Bates Nos. CG3001331-1649. The password will be sent separately.

Please note this production contains HIGHLY CONFIDENTIAL ATTYS' EYES ONLY designated source code and documents and should be treated accordingly pursuant to the Protective Order (Dkt. 17).

Kind regards,

Frances