# ENTIRE DOCUMENT UNDER SEAL
# PLAINTIFFS' EXHIBIT I