```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CG3 MEDIA, LLC, and COREY GRIFFIN,

                Plaintiffs,

-against-

BELLEAU TECHNOLOGIES, LLC,

                Defendant.

1:21-cv-04607-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is prepared to hold a hearing with the parties on the pending motion for a preliminary injunction [ECF No. 34] on Monday, January 9, 2023 at 2:00 PM. By 5:00 PM on January 6, 2023, the parties should advise the Court whether the hearing will be an evidentiary one, or whether the parties simply intend to rely on oral argument.

**SO ORDERED**

**Dated:** New York, New York
       January 5, 2023

*/s/ Mary Kay Vyskocil*
_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1