**SCARPATI INTELLECTUAL PROPERTY, LLC**
JENNIFER N. SCARPATI, OWNER
16 MADISON SQ. WEST
FLOOR 12
NEW YORK, NY 10010
PHONE: (917) 693-6686
EMAIL: JEN@SCARPATI-IP.COM

January 6, 2023

**Via ECF**
The Honorable Mary Kay Vyskocil
United States District Court for the Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *CG3 Media, LLC and Corey Griffin v. Belleau Technologies, LLC*, Civil Case No. 1:21-cv-04607-MKV – Letter Motion – Request for Adjournment of Hearing on Defendant's/Counterclaim Plaintiff's Motion for Preliminary Injunction  (D.I. 34)

Dear Judge Vyskocil:

Defendant Belleau Technologies, LLC ("Defendant") and Plaintiffs CG3 Media, LLC and Corey Griffin (collectively "Plaintiffs") submit this joint Letter Motion to respectfully request an adjournment of the Ordered (D.I. 60) hearing on Defendant's Motion for Preliminary Injunction (D.I. 34).  Due to scheduling conflicts, neither party's counsel can attend a hearing on Monday, January 9, 2023.  Moreover, Defendant's sole remaining counsel entered an appearance in the case as recently as December 28, 2022, (*see* D.I. 57), and only received unredacted versions of the Preliminary Injunction Briefing earlier this afternoon.

Finally, the Parties are working in good faith to resolve this dispute, and hope to reach mutually-agreeable settlement terms prior to a rescheduled Preliminary Injunction hearing.

If convenient to the Court, the parties wish to propose two alternative dates for a rescheduled hearing, with a preference for the second date: 1) Tuesday, January 31, 2023, after 2:00pm EST; or 2) Thursday, February 2, 2023, after 2:00pm EST.  The parties have agreed that should a Preliminary Injunction hearing be necessary, it will proceed based on oral argument only (as opposed to a full evidentiary hearing).

Thank you very much for your time and consideration of this matter.

The Honorable Mary Kay Vyskocil
United States District Court for the Southern District of New York
January 6, 2023

Respectfully Submitted,

/s/ *Jennifer N. Scarpati*
Jennifer N. Scarpati
**Scarpati Intellectual Property, LLC**
16 Madison Sq. West
Floor 12
New York, NY 10010

/s/ *Dariush Keyhani*
Dariush Keyhani
**Keyhani LLC**
1050 30th Street NW
Washington, DC 20007