```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CG3 MEDIA, LLC, and COREY GRIFFIN,

               Plaintiffs,

-against-

BELLEAU TECHNOLOGIES, LLC,

               Defendant.

1:21-cv-04607-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      By 5:00 PM on February 10, 2023, the parties should advise the Court of the status (but not substance) of settlement discussions, and whether they intend to proceed with the hearing on the pending motion for a preliminary injunction scheduled for Thursday, February 16, 2023.

**SO ORDERED**

**Dated:** **New York, New York**
        **February 9, 2023**

                                                      */s/ Mary Kay Vyskocil*
                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**