```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CG3 MEDIA, LLC, and COREY GRIFFIN,

          Plaintiffs,

-against-

BELLEAU TECHNOLOGIES, LLC,

          Defendant.

1:21-cv-4607-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The letter motions pending at ECF Nos. 68, 71, and 78 are GRANTED. The Clerk of Court is respectfully requested to terminate docket entries 68, 71, and 78.

**SO ORDERED.**

**Date:  March 8, 2023**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**